IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

**FILED**

MAY 2 5 2006

RALPH L. DeLOACH, CLERK
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 06-_M-6077_-01-_KmH_ |
| ) | |
| REY MUNDO OLIVAS, ) | Count 1 |
| ) | 18 U.S.C. §2423 |
| Defendant. ) | |
| _____ ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about May 22, 2006, in the District of Kansas and elsewhere,

**REY MUNDO OLIVAS,**

the defendant herein, did knowingly and intentionally transport a person, A.T., who has not attained the age of 18 years in interstate commerce, with the intent to engage in sexual activity with the minor that can be charged as a state criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the facts and/or information provided in the attached Affidavit of probable cause continued on the attached sheet and made a part hereof.

Barry Petru
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

May 25, 2006       at                Wichita, Kansas
Date                                 City and State

Karen M. Humphreys
U.S. Magistrate Judge
Name & Title of Judicial Officer        Signature of Judicial Officer

2

## AFFIDAVIT

Your affiant, Barry Petru, being duly sworn states:

1) I am a Special Agent of the Federal Bureau of Investigation (FBI), assigned to the Wichita, Kansas, Resident Agency. I have been employed with the FBI for the past seven (7) years. I am empowered to conduct and make arrests for the offenses enumerated in Title 18, U.S.C. §2423.

2) Your affiant has reviewed the investigation of FBI SA John Morales who is currently conducting an investigation into the transportation of a fifteen (15) year old minor female for sexual activity by a twenty-three year old male from the state of New Mexico to the state of Kansas. The transportation of the minor female across state lines occurred on May 22, 2006.

3) Information contained in this affidavit is derived from interviews conducted by SA John Morales and from information received from Special Agents of the Albuquerque, New Mexico, Office of the FBI and Deputies of the Haskell County Sheriff's Office, Sublette, Kansas.

4) Your affiant believes that this affidavit contains sufficient information to establish probable cause necessary for the issuance of a Criminal Complaint and does not contain all the information known to your affiant or to other members of law enforcement.

5) On May 23, 2006, SA Morales was contacted by the Albuquerque, New Mexico, Office of the FBI, advising that A.T., a minor female, DOB, 06/08/1991, was believed to have been kidnaped from the Isleta Pueblo Indian Reservation, Albuquerque, New Mexico, on 05/22/2006, by Rey Mundo Olivas, a Hispanic male, DOB, 11/27/1982, SSN, 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, a resident of Satanta, Kansas.

6) Preliminary information provided by the Albuquerque FBI reported that Olivas was believed to be traveling back to Satanta with A.T.

7) SA Morales was informed by Deputies of the Haskell County Sheriff's Office, Sublette, Kansas, that Olivas and A.T. did in fact return to Satanta.

8) In the evening hours of 05/23/2006, Deputies of the Haskell County Sheriff's Office, located Olivas and A.T. at his parent's residence in Satanta. Olivas and A.T. were thereafter transported to the Haskell County Sheriff's Office for questioning.

9) During an interview that began in the late evening hours of May 23, 2006, and continued through the early morning hours of May 24, 2006, Olivas admitted to SA Morales that he knew A.T. to be a fifteen (15) year old minor.

1

10) Olivas admitted to SA Morales that he picked up A.T. at the Isleta Pueblo Indian Reservation, Albuquerque, New Mexico and transported her back across state lines to Satanta, Kansas, using a borrowed vehicle.

11) Olivas admitted to SA Morales that he had sexual intercourse with A.T. during the early morning hours of May 23, 2006 at his parent's residence in Satanta. A.T. subsequently corraborated Olivas' admissions to SA Morales.

12) Olivas and A.T. advised SA Morales that they began an "on-line" relationship over the internet approximately two (2) months ago. During the course of the on-line relationship they exchanged telephone numbers.

13) During subsequent telephone conversations Olivas and A.T. discussed the kind of sexual activity they wanted to have with each other when they would finally be able to meet.

14) At the time of this incident, Olivas was twenty-three (23) years old.

15) At the time of the sexual activity, Olivas was aware of A.T.'s true age and did knowingly transport her in interstate commerce from the state of New Mexico to the state of Kansas with the intent to engage in sexual activity with her.

16) Based on the foregoing information, your affiant has probable cause to believe that Rey Mundo Olivas did knowingly and intentionally transport A.T., a minor, across state lines with the intent to engage in criminal sexual activity with her in violation of Title 18, U.S.C. §2423. Sexual activity with A.T. was and is a crime in the District of Kansas pursuant to K.S.A. 21-3504, aggravated indecent liberties with a child.

BARRY PETRU
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on May 25, 2006.

KAREN M. HUMPHREYS
United States Magistrate Judge

2