IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

06 MAY 31 P 4 55

RALPH L. DELOACH
CLERK
BY _____
AT WICHITA, KS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Criminal Action |
| v. ) | No. 06-_10118_-01-_MLB_ |
| REY MUNDO OLIVAS, ) | Count 1 |
| ) | 18 U.S.C. §2423 |
| Defendant. ) | |
| ) | Count 2 |
| | 18 U.S.C. §2422 |
| | Count 3 |
| | 18 U.S.C. §2253 |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about May 22, 2006, in the District of Kansas and elsewhere,

**REY MUNDO OLIVAS,**

the defendant herein, did knowingly and intentionally transport a person, A.T., who has not attained the age of 18 years in interstate commerce, with the intent to engage in sexual activity with the minor that can be charged as a criminal offense under state law.

In violation of Title 18, United States Code, Section 2423(a).

## Count 2

Beginning on or about March 1, 2006, and continuing through May 22, 2006, in the District of Kansas, and elsewhere,

**REY MUNDO OLIVAS,**

the defendant herein, did knowingly and willfully, using a facility and means of interstate commerce, to persuade, induce and entice, and attempt to persuade, induce and entice an individual, A.T., who had not attained the age of 18 years, to engage in sexual activity for which a person could be charged with a criminal offense under state law.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further alleges:

## Count 3

As a result of committing the offenses alleged in counts 1 and 2 of this Indictment, the defendant, REY MUNDO OLIVAS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, all property, real and personal, used and intended to be used to commit and to promote the commission of such offenses, including, but not limited to the following:

1. One HP computer CPU, model "Pavilion A10194," serial number MXK5180LJB; and

2. One comtrend, model CT-5071, ethernet router, part 222465024, serial number 061UCZ00365.

All in violation of Title 18, United States Code, Section 2253(a)(3), and Title 18, United States Code, Section 2422(b).

A TRUE BILL

5/31/06
DATE

FOREMAN OF THE GRAND JURY

ERIC F. MELGREN
United States Attorney
1200 Epic Center
301 N. Main
Wichita, KS 67202
(316) 269-6481
Ks. S.Ct. No. 12430

(It is requested that trial be held in Wichita, Kansas.)

Returned in open court this 31ST day of May, 2006.

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE