# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 06-10118-01-MLB |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-M-6077-01-KMH |
| ) | |
| REY MUNDO OLIVAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

## ORDER OF DETENTION PENDING TRIAL

On May 31, 2006 a detention hearing was conducted in accordance with the Bail Reform Act. 18 U.S.C. §3142(f). The Government appeared by and through David Lind, Assistant United States Attorney. The defendant appeared in person and through appointed counsel, John Rapp.

The Government requested a detention hearing because this case involves circumstances described in 18 U.S.C. § 2423, namely, an offense involving a minor victim. For this reason, the Government enjoys the rebuttable presumption under 18 U.S.C. § 3142(e).

The Government presented testimony of John Morales, Special Agent with the FBI in Garden City, Kansas.

Defendant argued in rebuttal that there are conditions which could be imposed by the Court that would allow defendant to be released on bond.

After hearing arguments and statements of counsel, the Government's motion for detention is **SUSTAINED**. The Court finds that the Government has met its burden of proof as to risk of flight and danger to the community, and the following findings require the detention of the defendant pending trial in this case:

1. No condition or combination of conditions will reasonably assure the appearance of the defendant and safety of the community.

2. All reasonable alternatives to detention have been considered.

In addition, the Court considered the following factor which was established by clear and convincing evidence:

a. The minor victim in this case is willing to leave her home in New Mexico to be with the defendant and there is no condition of release which could prevent that from happening.

In addition, the court considered and adopted the recommendations contained in the Pretrial Services Report which are incorporated by reference herein.

Pursuant to 18 U.S.C. § 3145(b), defendant is hereby notified of his right to a review of the detention order by the District Judge assigned.

**IT IS THEREFORE ORDERED** that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas, this 31st day of May, 2006.

                                                              s/ Karen M. Humphreys
                                                               KAREN M. HUMPHREYS
                                                               United States Magistrate Judge