# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-10118-MLB |
| REY MUNDO OLIVAS, | ) |
| Defendant. | ) |

## MOTION FOR DISCOVERY

COMES NOW, the defendant, Rey Mundo Olivas, by and through his attorney, John E. Rapp, of Hulnick Law Offices, P.A., and moves this Court for an order pursuant to Rule 16 of the Federal Rules of Criminal Procedure and such other statutory and constitutional rules relating to discovery, directing the Plaintiff to provide to defense counsel and/or permit discovery, inspection and copying of the following:

1. All papers, documents, or data in whatever form stored or possessed by the government that relate to any contact between the alleged victim, Ashley Dawn Nicole Toledo, and the defendant, Rey Mundo Olivas. This request includes, but is not limited to any such documents, objects, data, or other tangible object showing the time and content of any transmissions or other contact between them. This request specifically includes any computer printouts or computer data. This information is material to preparing the defense. The documents and objects are relevant to the issues concerning the defense of this matter.

2. Pursuant to Federal Rule of Criminal Procedures 16(a)(1)(F), Defendant requests the results or reports relating to any items submitted for fingerprint examination

including but not limited to all computers or software found.

3. Copies of Defendant's prior criminal record, including specifically the results of the "Triple I" run on Rey Mundo Olivas. This request is made pursuant to Federal Rule of Criminal Procedures 16(a)(1)(D).

4. The computers that were seized as a result of the investigation of this matter. This request specifically includes one HP computer CPU model "Pavilion A10194" – serial number MXK5180LJB. It also includes the computer seized from the home of Ashley Toledo.

5. Any documents or computer printouts of or related to the e-mail addresses, atoledo06@yahoo.com, mundo82@yahoo.com, and/or mundo82@univision.com.

6. Defendant specifically requests the hard drives that were the result of any search, warrantless or otherwise, that were seized in this case. Defendant requests that these hard drives be produced so that he can independently investigate the alleged communications between Ashley Toledo and Rey Mundo Olivas.

7. Defendant specifically requests any and all documents of or related to the "rape kit" performed on Ashley Dawn Nicole Toledo at the St. Catherine's Hospital of Garden City.

8. Any and all officer field notes, videotapes, audiotapes or other record or document relating to the interview of Ashley Dawn Nicole Toledo or Rey Mundo Olivas. Further, Defendant respectfully requests an order requiring the government to provide this information pertaining to any other witness or suspect.

WHEREFORE, Defendant respectfully requests that this Court enter an order requiring the government to produce the above requested information. Further, Defendant asks for an order

requiring St. Catherine's Hospital of Garden City to produce any and all documents of or related to the "rape kit" performed on Ashley Dawn Nicole Toledo.  In addition, Defendant respectfully requests all other documentation related to Ashley Dawn Nicole Toledo and her treatment at St. Catherine's Hospital in Garden City, Kansas.

Respectfully submitted,

HULNICK LAW OFFICES, P.A.

s/ John E. Rapp
John E. Rapp
Bar Number 20977
Attorney for Defendant
310 W. Central, Suite 111
Wichita, Kansas  67203
Telephone:  (316)263-7596
Fax: (316)263-8084
E-mail: jerapp@hulnicklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Debra L. Barnett, debra.barnett@usdoj.gov.

s/ John E. Rapp
John E. Rapp
Bar Number 20977
Attorney for Defendant
310 W. Central, Suite 111
Wichita, Kansas  67203
Telephone:  (316)263-7596
Fax: (316)263-8084
E-mail: jerapp@hulnicklaw.com