**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-10118-MLB |
| | ) |
| REY MUNDO OLIVAS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## MOTION TO SUPPRESS STATEMENTS

COMES NOW the defendant, Rey Mundo Olivas, by and through his attorney, John E. Rapp, of Hulnick Law Offices, P.A., and respectfully moves this Court for an order suppressing statements made by Defendant to law enforcement. These statements were taken in violation of Defendant's Fifth Amendment rights. Defendant respectfully requests an evidentiary hearing. A memorandum in support of this motion will be filed in the near future.

Respectfully submitted,

HULNICK LAW OFFICES, P.A.

s/ John E. Rapp
John E. Rapp
Bar Number 20977
Attorney for Defendant
310 W. Central, Suite 111
Wichita, Kansas 67203
Telephone: (316)263-7596
Fax: (316)263-8084
E-mail: jerapp@hulnicklaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on August 1, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Debra L. Barnett, debra.barnett@usdoj.gov.

                                                        s/ <u>John E. Rapp</u>
                                                        John E. Rapp
                                                        Bar Number 20977
                                                       Attorney for Defendant
                                                       310 W. Central, Suite 111
                                                       Wichita, Kansas  67203
                                                       Telephone:  (316)263-7596
                                                       Fax: (316)263-8084
                                                       E-mail: jerapp@hulnicklaw.com