IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action |
| v. | ) | |
| | ) | 06-10118-01-MLB |
| REY MUNDO OLIVAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION FOR DISCOVERY**

Comes now the United States of America, by and through its attorney Debra L. Barnett, Assistant United States Attorney for the District of Kansas, and responds to the defendant's Motion for Discovery as follows:

1. Law enforcement officers seized the defendant's computer and ethernet router, and the computer used by the victim as evidence in this case. Both computer systems have been submitted for review. A copy of information on the computer used by the child has been created. The copy of this computer information is being reviewed to find documents and communications related to this case. Those documents will be provided to defense counsel as soon as they are identified. The examination of the defendant's computer has not been completed in this case. When it is completed, a copy of all of the information retrieved from that computer will be provided to defense counsel.

2. The United States has not requested a fingerprint examination in this case. The defendant's fingerprints were collected as part of the normal booking process in this case, and not for the purpose of identifying the defendant.

3. The defendant's "Triple I" does not disclose any contact with law enforcement. However, the United States is not representing that the defendant does not have a criminal record. The United States suggests that defense counsel review the Pretrial Services Report provided at the time of the defendant's first appearance for his criminal record. This AUSA believes that this report contains a more reliable statement of the defendant's prior criminal record.

4. An examination of the computer used by the defendant is being completed by the FBI. When that examination is complete the United States will provide defense counsel with a copy of the material relevant to this case. As for the review of material on the computer used by the victim, the United States will provide the defendant with copies of the relevant emails and any other relevant documents.

5. The United States believes that any "documents or computer printouts of or related to the e-mail addresses" listed in defendant's motion will be contained in the copy of the examination of his computer to be provided when completed, or in the materials provided from the computer used by the victim.

6. The United States will bring the defendant's "hard drive" to Wichita for the defendant to look at. However, the United States asks that this court not require the United States to "start" the computer since this would alter the information contained on

it. If the defendant wishes to have his own examination completed, the United States suggests that he provide the mirror image of his computer to his expert for review. As for the computer used by the child, it was returned to the actual owner (who is not the child in this case) after a mirror image of the computer was produced.

7. The United States provided the documents related to the sexual assault kit performed on the child in this case on or about July 13, 2006. These documents were listed as item number 4, in this AUSA's July 13, 2006, letter to defense counsel, and specifically referred to as "FBI 302 report concerning sexual assault evidence collection kit performed on [child's name], and related reports, 9 pages." Approximately 8 pages of this packet are the documents from St. Catherine's Hospital of Garden City.

8. The United States provided the documents related to the defendant's confession and the child's statement on or about July 13, 2006. These documents were listed as items 1 and 2, in this AUSA's July 13, 2006, letter to defense counsel. Item 1 was specifically referred to as "FBI 302 report concerning interview of [child's name], dated 5/23/06, 13 pages (including 2 attachments)." Item 2 was specifically referred to as "FBI 302 report concerning interview of Rey Mundo Olivas, dated 5/24/06, 12 pages (including 3 attachments)." The confession and interview were not recorded. The United States does not believe that the defendant is entitled to the agent's handwritten notes since the notes were incorporated into the previously provided report. See United States v. Shovea, 580 F.2d 1382, 1389-90 (10th Cir. 1978).

9. The defendant further requests any and all reports related to "any other witness or suspect." Initially, the United States would inform the court that the defendant is the only person who has confessed to having sex with the child in this case. There are no other suspects. In addition, the United States would assert that it is not required to provide Jencks material until a witness has concluded his direct examination at trial. 18 U.S.C. § 3500. However, since this court urges the United States to provide such statements at least 48 hours prior to the witness' scheduled trial appearance, the United States will provide such statements (if any exist) to defense counsel the Friday before the scheduled jury trial in this matter.

10. Finally, defense counsel in the closing paragraph of his motion urges this court for an "order requiring St. Catherine's Hospital of Garden City to produce any and all documents of or related to the 'rape kit' performed on [child's name]." The United States would point out that a motion for discovery filed against the United States is not the proper mechanism for obtaining documents from the hospital, who is an unrelated third party to this lawsuit. The United States asks the court to deny this request.

Wherefore, the United States respectfully requests that the court deny the defendant's Motion For Discovery since it requests materials that have been or will be

provided by United States, and the defendant's request for field notes and documents from third parties is not appropriate.

> Respectfully submitted,
>
> ERIC F. MELGREN
> United States Attorney
>
> s/ Debra L. Barnett
> DEBRA L. BARNETT
> Assistant United States Attorney
> 301 N. Main, Suite 1200
> Wichita, Kansas 67202
> 316-269-6481
> K.S.Ct.No. 12729
> Debra.Barnett@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to John E. Rapp, Attorney for Defendant.

> s/ Debra L. Barnett
> DEBRA L. BARNETT
> Assistant United States Attorney