IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Criminal Action |
| v. | ) | |
| | ) | 06-10118-01-MLB |
| REY MUNDO OLIVAS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION TO SUPPRESS STATEMENTS**

Comes now the United States of America, by and through its attorney Debra L. Barnett, Assistant United States Attorney for the District of Kansas, and respectfully informs the court that the United States is unable to respond to defendant's Motion to Suppress Statements since it fails to state the nature of the matter before the court, a concise statement of the relevant facts, a specific statement of the issue presented and an argument referring to applicable statutes, rules and authorities.

Wherefore, the United States would respectfully request that the court deny the defendant's Motion to Suppress Statements in its present form.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
K.S.Ct.No. 12729
Debra.Barnett@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to John E. Rapp, Attorney for Defendant.

                                    s/ Debra L. Barnett
                                    DEBRA L. BARNETT
                                    Assistant United States Attorney