IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action |
| v. ) | |
| ) | 06-10118-01-MLB |
| REY MUNDO OLIVAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION FOR DISCOVERY OF RULE 404(b) EVIDENCE
AND FOR HEARING ON RULE 404(b) EVIDENCE OUTSIDE
THE PRESENCE OF THE JURY IN LIMINE**

Comes now the United States of America, by and through its attorney Debra L. Barnett, Assistant United States Attorney for the District of Kansas, and responds to the defendant's Motion for Discovery of Rule 404(b) Evidence and for Hearing on Rule 404(b) Evidence Outside the Presence of the Jury in Limine, as follows:

1. The United States is aware of its obligations to uphold and abide by the laws of the United States and the Federal Rules of Evidence. This AUSA will abide by those requirements at all times and do everything in her power to ensure that the defendant receives a fair trial.

2. At the present time, the United States does not possess any evidence that the defendant has engaged in sex with any child other than the child in this case. However, if

the United States obtains any information concerning other relevant criminal conduct, it will promptly notify defense counsel and the court.

Wherefore, the United States would respectfully request that the court deny the defendant's Motion for Discovery of Rule 404(b) Evidence and for Hearing on Rule 404(b) Evidence Outside the Presence of the Jury in Limine as unnecessary at the present time.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
K.S.Ct.No. 12729
Debra.Barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to John E. Rapp, Attorney for Defendant.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney