# United States District Court

## for the

## District of Kansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Case Number: **1083 6:06CR10118-001**

Name of Offender: **Rey Mundo Olivas**

Name of Sentencing Judicial Officer: Honorable Wesley E. Brown
Senior U.S. District Judge

Name of Re-assigned Judicial Officer: Honorable Monti L. Belot
U.S. District Judge

Date of Original Sentence: January 16, 2007

Original Offense: Transporting a Minor with Intent to Engage in Criminal Sexual Activity

Original Sentence: Imprisonment - 60 Months
Supervised Release - 36 Months

Type of Supervision: TSR        Date Supervision Commenced: 10/22/2010

## PETITIONING THE COURT

[ ]  To extend the term of supervision for   years, for a total term of   years.
[X]  To modify the conditions of supervision as follows:

**The defendant shall successfully participate in an approved program for substance abuse, which may include drug/alcohol testing, counseling and inpatient treatment, and share in the costs, based on the ability to pay. The defendant shall abstain from the use of alcohol during said treatment program.**

## CAUSE

On February 23, 2012, the defendant was given a polygraph examination in accordance with the program requirements for Sex Offender treatment. During the course of the examination, the defendant disclosed that he had consumed Marijuana and also possessed Cocaine since being placed on Supervised Release. On March 29, 2012, during a search of the defendant's property and living quarters, the defendant admitted to this Officer that he last used Marijuana in August 2011. The defendant denied ever consuming Cocaine.

In response to the above noted noncompliance, the U.S. Probation Office recommends a modification of the conditions of supervision to include substance abuse testing and/or treatment (DATS). The modification regarding the DATS condition was reviewed with the defendant on April 1, 2012, and he indicated he does not wish to consult with an attorney regarding this matter.

Prob 12B                                  -2-         *Request for Modifying the Conditions or*
                                                          *Terms of Supervision with Consent of the Offender*
*Name of Offender:*   Rey Mundo Olivas            *Case Number:* 1083 6:06CR10118-001

The defendant has signed a Probation Form 49, Waiver of Hearing, which is available for review.

Respectfully submitted,

by _Chris Towner_
Chris Towner
U.S. Probation Officer
Date: April 16, 2012

Approved: _Bill Martin_
Bill Martin, SUSPO

THE COURT ORDERS:
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Monti Belot
Signature of Judicial Officer
4/16/12
Date