PROB 12C  
(D/KS 04/11)

PACTS#21553

# United States District Court

for the

## District of Kansas

### Petition for Warrant or Summons for Offender Under Supervision

Case Number: **1083 6:06CR10118-001**

Name of Offender: **Rey Mundo Olivas**

Name of Sentencing Judicial Officer: Honorable Wesley E. Brown  
Senior U.S. District Judge

Name of Re-assigned Judicial Officer: Honorable Monti L. Belot  
U.S. District Judge

Date of Original Sentence: January 16, 2007

Original Offense: Transporting a Minor with Intent to Engage in Criminal Sexual Activity

Original Sentence: Imprisonment - 60 Months  
Supervised Release - 36 Months

Type of Supervision: TSR     Date Supervision Commenced: 10/22/2010

Asst. U.S. Attorney:     Defense Attorney: John E. Rapp

---

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not leave the judicial district without permission of the court or probation officer." (Standard Condition #1)**<br><br>On or about April 30, 2012, the defendant left the District of Kansas without permission. He returned on or about May 7, 2012. |
| 2 | **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." (Standard Condition #2)**<br><br>The defendant failed to submit a monthly supervision report form for the months of August 2011, November 2011, and April 2012, as directed. |

| | |
|---|---|
| 3 | **"The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer." (Standard Condition #3)** |

On April 24, 2012, the defendant was instructed to provide his lodging information and to make contact with the local Sheriff's office to abide by Texas Sex Offender registration requirements. As of this date, the defendant has failed to do so or provide proof.

| | |
|---|---|
| 4 | **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment." (Standard Condition #6)** |

On February 19, 2012, the defendant moved without notifying the U.S. Probation officer.

| | |
|---|---|
| 5 | **"The defendant shall not unlawfully possess a controlled substance." (Mandatory Condition)** |

On March 29, 2012, the defendant admitted smoking Marijuana in August 2011.

| | |
|---|---|
| 6 | **"The defendant shall successfully participate in a mental health treatment program and/or sex offender treatment program. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to periodic polygraph testing to determine if the defendant is in compliance with the conditions of supervision, and share in the costs of treatment based on the ability to pay." (Special Condition #16)** |

The defendant failed to attend sex offender treatment as directed on May 8, 2012.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked
[ ] Extended for  year(s), for a total term of  years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 14, 2012

Approved:

/s/

SUSPO

Chris Towner

U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.
[ ]  The Issuance of a Summons
[ ]  Other

s/ Monti Belot

Signature of Judicial Officer

5/15/12

Date