SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 06-cr-10118-MLB |
| | ) | |
| Rey Mundo Olivas | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rey Mundo Olivas,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Defendant to show cause as to why Supervised Release should not be revoked.

Date: 05/15/2012

S/ A. Anderson
*Issuing officer's signature*

City and state: Wichita, Kansas

Timothy O'Brien, U.S. District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/15/12, and the person was arrested on *(date)* 5/17/12
at *(city and state)* Ulysses, KS

Date: 5/17/12

*Arresting officer's signature*

Josh Moff / DUSM
*Printed name and title*