# United States District Court
## for the
## District of Kansas

### Request for Summons and
### Modification of the Conditions or Term of Supervision

Case Number: **1083 6:06CR10118-001**

Name of Offender: **Rey Mundo Olivas**

Name of Sentencing Judicial Officer:   Honorable Wesley E. Brown, Senior U.S. District Judge

Name of Re-assigned Judicial Officer:   Honorable Monti L. Belot, U.S. District Judge

Date of Original Sentence: 01/16/2007

Date of Revocation Sentence: 06/04/2012

Original Offense: Transporting a Minor with Intent to Engage in Criminal Sexual Activity

Original Sentence:   Imprisonment - 60 months
    Supervised Release - 3 years

Revocation Sentence:   Imprisonment - 6 months
    Supervised Release - 1 year

Type of Supervision: TSR            Date Supervision Commenced: 11/14/2012

---

### PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

**The defendant shall comply with any curfew established by the probation officer, who may utilize electronic monitoring to verify the defendant's compliance with the curfew schedule. The defendant may be required to wear a location monitoring device, which may include Radio Frequency, Global Positioning System and/or Random Tracking at the discretion of the U.S. Probation Officer and shall abide by all technology requirements. Additionally, the probation officer may restrict the defendant from certain areas within the community, and the defendant must comply with these restrictions. The defendant shall follow all location monitoring procedures specified by the probation officer and shall pay all or part of the cost of participation in the location monitoring program as directed by the court and/or probation officer.**

### CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

On November 26, 2012, the defendant reported to the U.S. Probation office to review conditions of supervised release. Based upon the defendant's crime of conviction and new national and district policies, he was instructed to complete and return the following forms: disaster relocation plan, collateral contacts, and third party search acknowledgement form. This officer verified the defendant's address and the only telephone number he provided was his dad's cell phone.

On December 12, 2012, this officer attempted to make a scheduled home contact with the defendant at his residence. No one was present. On that same date the appointment notice was returned undeliverable.

On December 13, 2012, this officer spoke with the defendant by telephone and verified his home address. He also advised he had gained employment, but was unable to provide the address for his work site.

On January 4, 2013, the defendant submitted an incomplete monthly supervision report (MSR). It was returned to the defendant with instructions to provide the missing information.

On January 22, 2013, the U.S. Probation office attempted to make contact with the defendant via cell phone regarding his incomplete MSR. No one answered and we were unable to leave a voice mail message.

On January 29, 2013, this officer made contact with the defendant at his residence to conduct a home inspection. The defendant completed his MSR and was again provided with the required forms. The defendant was instructed to submit his forms as well as the physical address of where he is working with his next MSR. During the contact, the defendant inquired about attending dances in Liberal, Kansas. He denied that alcohol would be served, but did admit that there would be minors in attendance. It should be noted that approximately one (1) year ago the defendant met a seventeen year old female at a dance in Liberal and they began dating without the permission or knowledge of this officer. This officer instructed the defendant not to attend these dances. The defendant was also questioned about his work schedule and he stated he would not be working the following weekend (this officer then scheduled an unannounced home contact for Saturday, February 2, 2013).

On February 2, 2013, at approximately 10:04 a.m. this officer attempted to make unannounced contact with the defendant at his residence to collect his completed forms. No one answered. This officer made contact with the defendant's dad via cell phone. He advised that the defendant was at work.

On February 5, 2013, the defendant again submitted an incomplete MSR. He also failed to provide the required proof of employment (pay stubs), the physical location of his employment, and the forms this officer previously provided.

On February 11, 2013, an office appointment notice was sent to the defendant instructing him to report to the U.S. Probation office on February 19, 2013, at 4:00 p.m. to provide the requested forms, proof of employment, and also to provide the physical address where the defendant is employed.

On February 19, 2013, the defendant failed to report as directed.

On March 4, 2013, the defendant again submitted an incomplete MSR and failed to provide the required proof of employment (pay stubs), the physical location of his employment, and the forms.

In response to the above noted noncompliance and based upon the nature and circumstances of the defendant's crime, the U.S. Probation Office recommends a modification of the conditions of supervision to include the location monitoring program. This Officer believes that the imposition of the additional condition of supervision will enhance public safety by verifying the defendant's compliance with supervision requirements and enforcing a curfew during nighttime hours.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 03/05/2013

by _____
Chris Towner
U.S. Probation Officer

Approved:

_____
Bill Martin, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Summons
☐ Other:

s/ Monti Belot
Signature of Judicial Officer

March 8, 2013
Date

cc: AUSA